[No. 5605–4–II.   Division Two.   May 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL PHILBROOK, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–1–00040–0, James D. Roper, J., entered June 3, 1981. *Affirmed* by unpublished opinion per Reed,

J., concurred in by Petrich, C.J., and Worswick, J.